| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | STEVEN RIVERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00133-SAB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| STEVEN RIVERA, | DATE: December 12, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Steven Rivera, that the status conference currently scheduled for December 12, 2019, may be continued to January 16, 2020, at 10:00 a.m. The parties request this short extension in order to obtain documents relevant to the license violation allegation.

//

//

//

//

//

//

|     |                          |                                                                                                              |
| --- | ------------------------ | ------------------------------------------------------------------------------------------------------------ |
|     |                          | Respectfully submitted,<br>HEATHER E. WILLIAMS                                                               |
|     |                          | Federal Defender                                                                                             |
|     | Date: December 9, 2019   | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEVEN RIVERA |
|     |                          | MCGREGOR W. SCOTT<br>United States Attorney                                                                  |
|     | Date: December 9, 2019   | */s/ William Taylor*<br>WILLIAM TAYLOR<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for December 12, 2019, is continued to January 16, 2020, at 10:00 a.m. Defendant's appearance for the January 16, 2020 hearing is waived unless the matter is a change of plea in which case the defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **December 9, 2019**

UNITED STATES MAGISTRATE JUDGE