1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00133-SAB |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL, MOTION SCHEDULE, AND DISCOVERY DEADLINE; AND ORDER |
| vs. | |
| STEVEN RIVERA, | TRIAL:   April 28, 2020 |
| Defendant. | TIME:    9:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Steven Rivera, that the trial scheduled for April 28, 2020, may be continued to June 22, 2020, at 11:00 a.m.  The parties also request that a discovery deadline and motion briefing schedule be set accordingly:

| Event | Proposed deadline/hearing date |
|---|---|
| Discovery deadline | May 4, 2020 |
| Opening brief(s) | May 11, 2020 |
| Responsive brief(s) | May 26, 2020 |
| Optional reply brief(s) | June 8, 2020 |
| Motion hearing | June 15, 2020 |
| Bench trial | June 22, 2020 |

The parties jointly move to continue Mr. Rivera's trial, motion briefing schedule, and discovery deadline out of concern for the public health risks posed by the coronavirus pandemic.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2020
*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
STEVEN RIVERA


MCGREGOR W. SCOTT
United States Attorney

Date: April 1, 2020
*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Based on a showing of good cause, the Court hereby orders that the trial currently |
| 3 | scheduled for April 28, 2020, may be continued to June 22, 2020, at 11:00 a.m. Further, the |
| 4 | Court sets the following briefing schedule: discovery deadline set for May 4, 2020; opening brief |
| 5 | due May 11, 2020; response brief due May 26, 2020; optional reply brief due June 8, 2020; and |
| 6 | motion hearing be held on June 15, 2020 at 11:00 am before Magistrate Judge Stanley A. Boone. |

IT IS SO ORDERED.

Dated: __April 1, 2020__

UNITED STATES MAGISTRATE JUDGE