# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00133-SAB |
| Plaintiff, | ORDER VACATING JUNE 15, 2020 HEARING |
| v. | |
| STEVEN RIVERA, | |
| Defendant. | |

On April 2, 2020, an order was filed setting a motion schedule in this action.  Motions were to be filed on May 11, 2020 and a motion hearing is set for June 15, 2020.  The deadline to file has passed and neither party has filed motions.  Accordingly, IT IS HEREBY ORDERED that the June 15, 2020 motion hearing is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated:  **May 12, 2020**

UNITED STATES MAGISTRATE JUDGE

1