HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEVEN RIVERA,<br><br>          Defendant. | Case No. 1:19-mj-00133-SAB<br><br>STIPULATION TO CONVERT TRIAL DATE TO CHANGE OF PLEA HEARING; ORDER<br><br>DATE:   June 22, 2020<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Steven Rivera, that the trial currently set for June 22, 2020, may be vacated.  In lieu of trial, the parties ask the Court set a change of plea hearing for June 22, 2020.

The parties have reached an agreement to resolve this case.  Accordingly, the parties jointly request that the trial date be vacated and a change of plea hearing be scheduled for June 22, 2020.

\\
\\
\\

1                                   Respectfully submitted,

2                                   MCGREGOR W. SCOTT
United States Attorney

4 Date: June 16, 2020             */s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff

7                                   HEATHER E. WILLIAMS
Federal Defender

9 Date: June 16, 2020             */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
STEVEN RIVERA

## ORDER

**IT IS HEREBY ORDERED** that the trial set for June 22, 2020, is vacated and a change of plea hearing is set to occur in its place on June 22, 2020, at 10:00 am.

IT IS SO ORDERED.

Dated: **June 17, 2020**

UNITED STATES MAGISTRATE JUDGE