HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00133-SAB |
|---|---|
| Plaintiff, | **CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |
| vs. | |
| STEVEN RIVERA, | |
| Defendant. | |

I, Steven Rivera, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my change of plea and sentencing hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the hearing currently set for June 22, 2020.


Dated: June 19, 2020          */s/ Matthew Lemke*
                              MATTHEW LEMKE
                              Assistant Federal Defender
                              Attorney for Defendant
                              STEVEN RIVERA

Dated:  June 19, 2020          */s/ Steven Rivera*
                              STEVEN RIVERA
                              Defendant

## **ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43(b)(2), Steven Rivera is permitted to appear by video teleconference for his hearing scheduled to take place on June 22, 2020.

IT IS SO ORDERED.

Dated: __**June 19, 2020**__

UNITED STATES MAGISTRATE JUDGE