1 | HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
2 | JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721
4 | Telephone: (559) 487-5561

5 | Attorneys for Defendant
STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:19-mj-00133-SAB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: November 17, 2022<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
| STEVEN RIVERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for September 15, 2022, at 10:00 a.m., be continued to November 17, 2022, at 10:00 a.m., before the Honorable Stanley A. Boone

//

//

The defense requires additional time to investigate issues related to sentencing. Defense counsel has been in a several-day evidentiary hearing before the Honorable William B. Shubb and has not had adequate time to evaluate the dispositional report prepared by the Probation Office nor consult with her client. Additionally, defense counsel has had other hearings, including motion hearings, that have also occupied the majority of her time. The parties agree that a sentencing date of November 17, 2022, will allow sufficient time to complete the necessary preparations. Accordingly, a continuance to November 17, 2022, is requested by the defense and the government does not object.

IT IS SO STIPULATED.

Dated:  September 9, 2022

*/s/ Jaya Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant STEVEN RIVERA

Dated:  September 9, 2022

*/s/ Jeffrey A. Spivak*
Jeffrey A. Spivak
Assistant United States Attorney
Counsel for Plaintiff
United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-mj-00133-SAB |
| Plaintiff, | ORDER |
| v. | DATE:   November 17, 2022<br>TIME:     10:00 a.m.<br>JUDGE:  Hon. Stanley A. Boone |
| STEVEN RIVERA, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for September 15, 2022, at 9:00 a.m. is continued to November 17, 2022, at 10:00 a.m., before the Honorable Stanley A. Boone.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **September 9, 2022**

_____
UNITED STATES MAGISTRATE JUDGE