HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. STEVEN RIVERA, Defendant. | Case No. 1:19-mj-00133-SAB **ORDER** DATE: November 17, 2022 TIME: 10:00 a.m. JUDGE: Hon. Stanley A. Boone |

### ORDER

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for November 17, 2022, at 10:00 a.m. is continued to December 15, 2022, at 10:00 a.m., before the Honorable Stanley A. Boone  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **November 14, 2022**

UNITED STATES MAGISTRATE JUDGE