HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JEROME PRICE (SBN 282400)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
STEVEN RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00133-SAB |
|---|---|
| Plaintiff, | ORDER |
| v. | DATE: January 19, 2023<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
| STEVEN RIVERA, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for December 15, 2022, at 10:00 a.m. is continued to January 19, 2023, at 10:00 a.m., before the Honorable Stanley A. Boone. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **December 14, 2022**

UNITED STATES MAGISTRATE JUDGE