1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   STEVEN RIVERA
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:19-mj-00133
12 |                Plaintiff,         | STIPULATION TO MODIFY A CONDITION
   |                                   | OF PROBATION PURSUANT TO 18 U.S.C.
13 | vs.                               | §§ 3563(C) AND 3564(D); ORDER
14 | STEVEN RIVERA,
15 |                Defendant.
16

17         **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant

19 Federal Defender Laura Myers, counsel for Steven Rivera, that the Court may modify condition

20 #5 to give Mr. Rivera a deadline of November 30, 2024, to complete the 18-month DUI

21 Program.

22         On January 19, 2023, this Court sentenced Mr. Rivera for a probation violation.  The

23 Court imposed a 24-month term of probation with an expiration date of January 19, 2025.

24 Pursuant to condition #5 of Mr. Rivera's probation, he must "complete a Multi-Offender DUI

25 program through the California Department of Motor Vehicles by October 30, 2024." ECF #50

26 at 2. This Court also ordered Mr. Rivera to pay a fine of $500.

27         Mr. Rivera has completed seven months of the 18-month Multi-Offender DUI program.

28 His participation was put on hold while serving a state jail sentence for the offense underlying

this probation violation, and afterwards he began saving money to pay the one-time $250 reinstatement fee and recurring $200 monthly fee. In July, he broke his arm, and he recently had surgery as a result, further disrupting his saving goals. However, he remains employed and is confident that he will be able to re-enroll in the coming months.

For that reason, the parties request that this Court modify condition #5 to require Mr. Rivera to re-enroll in the multi-offender DUI course no later than December 15, 2023, and provide proof of completion by November 30, 2024. This one-month extension will provide Mr. Rivera with enough time to complete the DUI program and for this Court to review his progress before his two-year term of probation is set to expire in January 2025.

Mr. Rivera is in compliance with all other conditions of probation and has fully paid the $500 fine set out in condition #4.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 10, 2023    */s/ Jeffrey Spivak*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2023    */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
STEVEN RIVERA

**O R D E R**

IT IS SO ORDERED.

Dated: __October 16, 2023__

UNITED STATES MAGISTRATE JUDGE