**IN THE UNITED STATES DISTRICT COURT**

**For The**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-mj-00133 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| STEVEN RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 4.2/Cal. Vehic. Code §12500(a)

**Sentence Date:** January 19, 2023

**Review Hearing Date:** April 18, 2024

**Probation Expires On:** January 19, 2025

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $500 which Total Amount is made up of a Fine: $ 500 Special Assessment: $    Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 50 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a Multi-Offender DUI program through the California Department of Motor Vehicles by November 30, 2024.

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
        Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Rivera is enrolled in the Multi-Offender DUI Program in Stanislaus County and is on track to finish before the deadline.

**_GOVERNMENT POSITION:_**

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for Click here to enter a date. at        Choose an item.

    ☒   be continued to 12/12/2024 at 10:00 a.m.; or

    ☐   be vacated.

☐   that Defendant's  appearance for the review hearing be waived.


DATED:  4/3/2024

        /s/ Laura Myers_____
        DEFENDANT'S COUNSEL

        _/s/ Jeffrey Spivak_____
        ASSISTANT UNITED STATES
        ATTORNEY


# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing set for April 18, 2024 at 10:00 a.m. be continued to December 12, 2024 at 10:00 a.m.  The Defendant is ordered to appear.

☐   DENIED.


IT IS SO ORDERED.

Dated:   **April 3, 2024**

        _____
        UNITED STATES MAGISTRATE JUDGE