# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:19-mj-0133 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| STEVEN RIVERA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 4.2/Cal. Vehic. Code §12500(a)

**Sentence Date:** January 19, 2023

**Review Hearing Date:** December 12, 2024

**Probation Expires On:** January 19, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $500 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 50 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a Multi-Offender DUI program through the California Department of Motor Vehicles by November 30, 2024.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
         Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Jeffrey Spivak

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/12/2024 at 10:00 am

    ☐ be continued to    at   a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 11/26/2024

/s/ Laura Myers  
DEFENDANT'S COUNSEL

/s/ Jeffrey Spivak  
ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 27, 2024**

STANLEY A. BOONE  
United States Magistrate Judge